HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JORGE LUIS SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-CR-00286 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: November 5, 2013 |
| ANTONIO VILLEGAS, et al., | TIME: 9:15 am |
| | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, GILBERT ROQUE, attorney for defendant ANTONIO VILLEGAS, JOHN MANNING, attorney for defendant JESUS MASCORRO, DAN KOUKOL, attorney for defendant GENERO SANTACRUZ, and BENJAMIN GALLOWAY, attorney for defendant JORGE SANCHEZ that the status conference hearing date of October 1, 2013 be vacated, and the matter be set for status conference on November 5, 2013 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, investigate the facts of the case, and to negotiate resolutions to this matter. The parties find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 1, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 26, 2013            Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             */s/ Benjamin Galloway*
                                             BENJAMIN GALLOWAY
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JORGE SANCHEZ

Dated: September 26, 2013            */s/ Gilbert Roque*
                                             GILBERT ROQUE
                                             Attorney for Defendant
                                             ANTONIO VILLEGAS

Dated: September 26, 2013            */s/ John Manning*
                                             JOHN MANNING
                                             Attorney for Defendant
                                             JESUS MASCORRO

Dated: September 26, 2013            */s/ Dan Koukol*
                                             DAN KOUKOL
                                             Attorney for Defendant
                                             GENERO SANTACRUZ

Dated: September 26, 2013            BENJAMIN WAGNER
                                             United States Attorney

                                             */s/ Todd Pickles*
                                             TODD PICKLES
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 1, 2013, status conference hearing be continued to November 5, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 5, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 27, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*United States v. Villegas, et. Al*
Stipulation and Order
-3-