1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   JORGE LUIS SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-00286 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO VACATE STATUS CONFERENCE AND |
| v. | ) SET FOR A CHANGE OF PLEA |
| JORGE SANCHEZ, | ) DATE: December 17, 2013 |
| | ) TIME: 9:15 am |
| Defendant. | ) JUDGE: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN GALLOWAY, attorney for defendant JORGE SANCHEZ that the status conference hearing date of December 10, 2013 be vacated, and the matter be set for a change of plea on December 17, 2013 at 9:15 a.m.

The reason for the continuance is to allow defense counsel additional time to negotiate a resolution to this matter. The parties find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 10, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | Dated: December 2, 2013 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Public Defender |
| 3 | | |
| 4 | | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>JORGE SANCHEZ |
| 6 | | |
| 7 | Dated: December 2, 2013 | BENJAMIN WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Todd Pickles*<br>TODD PICKLES<br>Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 10, 2013, status conference hearing be vacated and a change of plea hearing be set for December 17, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including December 17, 2013 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT