JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS MASCORRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-13-286 LKK |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTONIO VILLEGAS, et al., | Date: January 28, 2014 |
| Defendants. | Time: 9:15 a.m. |
| | Judge: Honorable Lawrence K. Karlton |

The United States of America through its undersigned counsel, Todd Pickles, Assistant United States Attorney, together with counsel for defendant Antonio Villegas, Gilbert Roque, Esq., counsel for defendant Jesus Mascorro, John R. Manning, Esq., and counsel for defendant Genaro Santacruz, Dan Koukol, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on December 10, 2013.

2. By this stipulation, defendants now move to continue the status conference until January 28, 2014 and to exclude time between December 10, 2013 and January 28, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

a.  This case currently contains over 6,000 pages of discovery.

b.  Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c.  Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The Government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of December 10, 2013 to January 28, 2014 is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.


Dated:  December 4, 203                              /s/ Gilbert Roque
                                                     GILBERT ROQUE
                                                     Attorney for Defendant
                                                     Antonio Villegas


Dated:  December 4, 2013                             /s/ John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Jesus Mascorro


Dated:  December 4, 2013                             /s/ Dan Koukol
                                                     DAN KOUOKOL
                                                     Attorney for Defendant
                                                     Genaro Santacruz


Dated:  December 4, 2013                             Benjamin B. Wagner
                                                     United States Attorney

                                        by:     /s/ Todd Pickles
                                                     TODD PICKLES
                                                     Assistant U.S. Attorney


# ORDER

IT IS SO FOUND AND ORDERED this 9th day of December, 2013.




LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT